## EDWARD DAIGLE *v.* METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY

The plaintiff's petition for certification for appeal from the Appellate Court, 60 Conn. App. 465 (AC 19529), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the trial court correctly granted the defendant's motion in limine preventing the plaintiff from introducing his income tax returns?"

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 16435.

*Ronald F. Ochsner*, in support of the petition.

*D. Lincoln Woodard*, in opposition.

Decided December 5, 2000

## STATE OF CONNECTICUT *v.* DARRIN WELLS

*Raymond J. Rigat*, special public defender, in support of the petition.

*Marjorie Allen Dauster*, assistant state's attorney, in opposition.

The defendant's petition for certification for appeal from the Appellate Court, 60 Conn. App. 901 (AC 19741), is denied.